UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
Trustees of the LOCAL 7 TILE INDUSTRY
WELFARE FUND, Trustees of the LOCAL 7
TILE INDUSTRY ANNUITY FUND, Trustees
of the TILE LAYERS LOCAL UNION 52
PENSION FUND, and Trustees of the
INTERNATIONAL MASONRY INSTITUTE,   **MEMORANDUM AND ORDER**
                                    No. 13-CV-925 (FB) (SMG)
            Plaintiffs,

   -against-

STAR CONSTRUCTION MARBLE &
GRANITE, INC. and STAR MARBLE &
GRANITE, INC.,

            Defendants.
---------------------------------------------------------------x

*Appearances:*
For the Plaintiff:                           For the Defendants:
MICHAEL BAUMAN, ESQ.
Virginia & Ambinder
111 Broadway
New York, NY 10006


**BLOCK, Senior District Judge:**

        On June 21, 2013, Magistrate Judge Steven M. Gold issued a Report and Recommendation ("R&R") recommending that plaintiffs' motion for default judgment be granted and that judgment be entered in favor of plaintiffs in the total amount of $29, 686.61, as follows:

        (i)    $20,611.51 in delinquent contributions;
        (ii)   $4,122.30 in statutory liquidated damages;
        (iii)  $1,786 in attorney's fees and costs; and
        (iv)  $3,166.80 in audit costs.

In addition, he recommended that the interest on the delinquent contributions at the time final judgment is entered be calculated as follows:

> (i) on the $17,528.18 Local 7 Benefits Funds delinquency, a rate of $4.80 per day beginning April 1, 2010;
> (ii) on the $3,083.33 International Benefit Fund delinquency, a rate of $1.27 per day beginning April 1, 2010.

The R&R states that "[a]ny objections to the recommendations made in this Report must be submitted within fourteen days after filing of the Report and, in any event, no later than July 8, 2013." R&R at 8. To date, no objections have been filed.

Where, as here, clear notice has been given of the consequences of failure to object, and there are no objections, the Court may adopt the R & R without *de novo* review. *See Thomas v. Arn*, 474 U.S. 140, 149-50 (1985); *Mario v. P & C Food Mkts., Inc.*, 313 F.3d 758, 766 (2d Cir. 2002) ("Where parties receive clear notice of the consequences, failure timely to object to a magistrate's report and recommendation operates as a waiver of further judicial review of the magistrate's decision."). The Court will excuse the failure to object and conduct *de novo* review if it appears that the magistrate judge may have committed plain error. *See Spence v. Superintendent, Great Meadow Corr. Facility*, 219 F.3d 162, 174 (2d Cir. 2000).

As no error appears on the face of Magistrate Judge Gold's R&R, the Court adopts it without *de novo* review. Accordingly, the Court directs the Clerk to enter judgment against Defendants, Star Construction Marble & Granite, Inc. and Star Marble & Granite,

Inc., on January 13, 2014, in favor of plaintiffs in the amount of $29,012.39.[1]

       **SO ORDERED**.

                                                      /S/ Frederic Block
                                                      FREDERIC BLOCK
                                                      Senior United States District Judge

Brooklyn, New York
January 13, 2014

---

[1] In arriving at that figure, the Court calculated $6,643.20 in interest on the principal of $17,528.18, by multiplying $4.80 per day times the number of days spanning from April 1, 2010 to January 13, 2014. The $1,757.68 in interest, on the principal amount of $3,083.33, was calculated by multiplying $1.27 per day times the number of days spanning that same period.